SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Gilbert B. Barlow and Thelma N. Barlow,<br>each Individually and each as Trustees of The<br>Barlow Family Revocable Trust, dated<br>December 14, 1999; Citibank (Banamex<br>USA), Individually and d/b/a CITIBANK; and<br>DOES 1 through 10, inclusive,<br><br>　　　　Defendants | Case No.: CIV.S 06-cv-01150-WBS-GGH<br><br>**PLAINTIFF'S STIPULATED DISMISSAL OF DEFENDANT CITIBANK (Banamex USA)  AND** ~~Proposed~~ **ORDER**<br><br>Complaint Filed: May 26, 2006<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendant (Citibank (Banamex USA)) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41(a)(2).

1
PLAINTIFF'S STIPULATED DISMISSAL and Proposed ORDER
CIV: S-06-cv-01150-WBS-GGH

PDF created with pdfFactory trial version www.pdffactory.com

1  This case is to be remained open with remaining Defendants.  Defendant (Citibank (Banamex
2  USA)) is dismissed because Defendant is not a proper party to this action.

5  Dated: September 21, 2006                    /s/Scott N. Johnson_____
6                                                               SCOTT N. JOHNSON
                                                                 Plaintiff, In Pro Per

9  **IT IS SO ORDERED**.

11  Dated: September 22, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com