IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                      CIV-S-06-1150 WBS GGH

    vs.

GILBERT B. BARLOW, et al.,

      Defendants.               ORDER

_____/

        On January 25, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

\\\\\

\\\\\

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed January 25, 2007, are ADOPTED; and

2. Defendant Barlow's motion to set aside the default is granted, and she is permitted to file an answer and cross-complaint within thirty days of the filed date of this order.

DATED: April 9, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

john1150.jo

2