```
SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>    Plaintiff,<br><br>vs.<br><br>Thelma N. Barlow, et al,<br><br>    Defendants | Case No. 2:06-cv-01150-WBS-GGH<br><br>**STIPULATION AND PROPOSED ORDER RE REQUEST FOR CONTINUANCE OF SETTLEMENT CONFERENCE**<br><br>Settlement Conference: August 21, 2007<br>Time: 9:00 am<br>Courtroom: 24 |

    Plaintiff, Scott N. Johnson, and Defendant, Thelma N. Barlow by and through their designated counsel of record, (Scott N. Johnson; Scot D. Wilson) hereby stipulate to an extension of time in which to continue the settlement conference from August 21, 2007 to August 28, 2007 at 10:00am. Plaintiff has a two week Canine Companions for Independence (CCI) team training and will not return until August 25, 2007, thus he will not be able to attend the settlement conference for this case currently scheduled for

STIPUALTION AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF SETTLEMENT CONFERENCE
CIV: S-06-cv-01150-WBS-GGH - 1

August 21, 2007 at 9am. A continuance to August 28, 2007 for the settlement conference will give the Plaintiff ample time to return and prepare for such conference.

Dated:  August 14, 2007         /s/Scott N. Johnson

                                Scott N. Johnson,

                                Plaintiff, In Pro Per

Dated: August 14, 2007          /s/Scot D. Wilson

                                Scot D. Wilson,

                                Attorney for All Defendants

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the settlement conference continued to August 28, 2007 at 10:00am.

Date: Aug. 15, 2007             GREGORY G.H. OLLOWS

                                Judge of the United States District Court

STIPUALTION AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF SETTLEMENT CONFERENCE
CIV: S-06-cv-01150-WBS-GGH - 2